**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**
**PHILADELPHIA DIVISION**

IN RE:                                                                  CASE NO.: 18-12030-amc
                                                                        CHAPTER 13

**Effie Maltezos,**
**aka Efthimia Maltezos,**

    **Debtor.**

_____/

**NOTICE OF WITHDRAWAL**

**PLEASE TAKE NOTICE THAT**, on behalf of NATIONSTAR MORTGAGE LLC D/B/A CHAMPION MORTGAGE CO ("Secured Creditor"), the undersigned hereby withdraws the following document:

**Notice of Postpetition Mortgage Fees, Expenses, and Charges, as a supplement to claim #2, filed on 06/19/2018.**

ROBERTSON, ANSCHUTZ & SCHNEID, P.L.
Attorney for Secured Creditor
6409 Congress Ave., Suite 100
Boca Raton, FL 33487
Telephone: 561-241-6901
Facsimile: 561-241-1969

By: /s/ Ashlee Fogle
    Ashlee Fogle, Esquire
    Email: afogle@rascrane.com

# **CERTIFICATE OF SERVICE**

**I HEREBY CERTIFY** that on December 18, 2018, I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system, and a true and correct copy has been served via CM/ECF or United States Mail to the following parties:

LAWRENCE S. RUBIN
LAWRENCE S. RUBIN, ATTY.
337 WEST STATE STREET
MEDIA, PA  19063-2615

EFFIE MALTEZOS
858 MEDWAY ROAD
PHILADELPHIA, PA  19115

WILLIAM C. MILLER, ESQ.
CHAPTER 13 TRUSTEE
P.O. BOX 1229
PHILADELPHIA, PA  19105

UNITED STATES TRUSTEE
OFFICE OF THE U.S. TRUSTEE
833 CHESTNUT STREET
SUITE 500
PHILADELPHIA, PA  19107

    ROBERTSON, ANSCHUTZ & SCHNEID, P.L.
    Attorney for Secured Creditor
    6409 Congress Ave., Suite 100
    Boca Raton, FL 33487
    Telephone: 561-241-6901
    Facsimile: 561-241-1969

    By: /s/ Ashlee Fogle
       Ashlee Fogle, Esquire
       Email: afogle@rascrane.com